

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: **05-283** |
| v. | : | |
| STEVEN STASEVICH, | : | Violation: 18 U.S.C. 2113(a) |
| Defendant. | : | (Attempted Bank Robbery) |



### INFORMATION

The United States Attorney charges:       JUL 29 2005

#### COUNT ONE

On or about October 5, 2004, in the District of Columbia, defendant **STEVEN STASEVICH**, by intimidation, did attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of the BB&T Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation.

(**Attempted Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: *[signature]*

BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov