# RULE 20- TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| U.S. District Court, District of Columbia | District of Columbia | 7-28-2005 |
| NAME OF SUBJECT | STATUTE VIOLATED | FILE DATE (Initials and Number) |
| Steven Stasevich | 18 U.S.C. 2113 | |

## PART A - DISTRICT OF ARREST

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waive of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the court in this district in accordance with Rule 20.

Docket No. _____

☐ Other (Specify):

**FILED**

JUL 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.

DATE OF PLEA        DATE OF SENTENCE        SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|
| Barbara S. Skalla, AUSA | U.S. Attorneys Office |
| | 6500 Cherrywood Lane, Suite 400 |
| | Greenbelt, Maryland 20770 |

## PART B - DISTRICT OF OFFENSE

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    on        at        o'clock.
(kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies fo indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| SIGNATURE(Name and Title) | DISTRICT | DATE |
|---|---|---|
| Barbara Kitty, AUSA | Washington, DC | 7/29/05 |

See United States Attorneys Manual 9 - 14,000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
(Previous Editions are Obsolete.)

**Form OBD-101**
**SEP 1978**

This form was electronically produced by Elite Federal Forms, Inc.