

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA : Criminal No: 05-283
:
v. :
:
STEVEN STASEVICH :
: FILED
Defendant. :
: JUL 29 2005
:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Consent to Transfer of Case
for Plea and Sentence (Under Rule 20)**

I, Steven Stasevich, defendant, have been informed that an Indictment is pending against me in the above-designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in United States District Court for the District of Maryland, in which jurisdiction I am under arrest and held, and to waive trial in the above-captioned District.

Dated: 7-021- , 2005

_____
Steven Stasevich

_____
Counsel for the Defendant

*Approved*

_____        _____
United States Attorney for        United States Attorney for the
District of Columbia              District of Maryland