Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

```
____FILED      ____ENTERED
____LODGED     ____RECEIVED

    AUG 0 1 2005

     AT GREENBELT
 CLERK U.S. DISTRICT COURT
  DISTRICT OF MARYLAND
BY_____DEPUTY
```

July 29, 2005

Zandra Frazier
c/o Clerk, U.S. District Court
6500 Cherrywood Lane
Suite 240
Greenbelt, MD 20770

FILED
AUG - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AW 05 CR 0362

In re: USA vs STEVEN STASEVICH
     Our Case Number CR 05-283-HHK
     Rule 20 Transfer

Dear Ms. Frazier:

    Pursuant to your request, our office is transferring this case to you pursuant to Rule 20. Our case related sheet indicates that this case is related to Case Number AW -04-0536 before Judge Alexander Williams, Jr., in your court.
    I am enclosing certified copies of the Information, executed Consent to Transfer, executed Transfer Notice, and Docket Sheet.
    Please acknowledge receipt of these documents on the enclosed copy of this letter, and indicate the case number assigned by your office.

                      Very truly yours,

                      Nancy Mayer-Whittington, Clerk

                      by *Linda Pugh*, (202) 354-3173
                      Deputy Clerk